UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY LAMONT MEANS                              CIVIL ACTION

VERSUS                                            NO. 09-8749

U.S.D.C. DISTRICT JUDGE KURT                      SECTION "F" (2)
D. ENGELHARDT ET AL.

## PARTIAL DISMISSAL O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 against Judge Kurt D. Engelhardt and the State of Louisiana are hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(iii).

**IT IS FURTHER ORDERED** that further proceedings will occur concerning the remaining claims.

New Orleans, Louisiana, this 19th day of Feb., 2010.

_____
UNITED STATES DISTRICT JUDGE